UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
JOHN F K WILLIAMS

CASE NO. 07 B 04613

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-5515

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/15/07 and confirmed on 06/27/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 57797.85 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL AUTO | SECURED VEHIC | .00 | .00 | .00 |
| FIRST AMERICAN BANK | UNSECURED | 9859.50 | 59.06 | 9859.50 |
| US BANK | SECURED VEHIC | 13724.72 | 516.12 | 13724.72 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1872.63 | 12.48 | 1872.63 |
| B REAL LLC | UNSECURED | 944.73 | 6.30 | 944.73 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13724.72 | .00 | 12676.86 | .00 | 26401.58 |
| PRINCIPAL PAID | 13724.72 | .00 | 12676.86 | .00 | 26401.58 |
| INTEREST PAID | 516.12 | .00 | 77.84 | .00 | 593.96 |
| TOTAL PAID | 14240.84 | .00 | 12754.70 | .00 | 26995.54 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00 and was paid $    480.00  direct and $   2520.00  through the plan.

The Trustee received $   1338.42 .

Refunds to the Debtor totaled $  26943.89 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/10/08                         /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 04613 JOHN F K WILLIAMS